JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
KASSANDRA J. MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUL 13 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR 22-0140-S BLW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. § 2423(a) |
| CHRIS HAMBURG, | 18 U.S.C. § 2253 |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE
### Transportation of a Minor
### 18 U.S.C. § 2423(a)

On or between January 18, 1995, and November 28, 1995, in the District of Idaho and elsewhere, the Defendant, CHRIS HAMBURG, did knowingly transport an individual, "Minor Victim 1," who was under the age of 18 years, in interstate commerce, to-wit: from Washington to Idaho, with the intent that such individual engage in any sexual activity for which any person

INDICTMENT - 1

could be charged with a criminal offense, to-wit: Lewd Conduct with a Minor Under Sixteen, Idaho Code § 18-1508, in violation of Title 18, United States Code, Section 2423(a).

Dated this 12th day of July, 2022.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
KASSANDRA J. MCGRADY
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 2**