MINUTE ENTRY for proceedings held before Magistrate Judge Timothy J. Cavan: Initial Appearance in Rule 5(c)(3) Proceedings as to Chris Hamburg held on 8/17/2022. Defendant is present, in custody, and appearing on a warrant out of the District of Idaho with FD Gillian Gosch; AUSA Thomas Godfrey appearing for the government. Deft acknowledges his true name and that he is the individual named in the arrest warrant; is advised of his rights; FD Gillian Gosch is appointed for this proceedings only. Deft has reviewed the Indictment filed in the originating District. Deft waives an identity hearing. The USA moves for detention. Deft consents to detention and reserves his right to a detention hearing. Deft is ordered detained and is remanded to the custody of the USMS for transport to the District of Idaho. Hearing commenced at 9:04 AM and concluded at 9:08 AM (Court Reporter FTR Gold) (USPO: McKenna Arledge), (Hearing held in Billings-Big Horn Courtroom) (JLE) (Entered: 08/17/2022)