Case 1:22-cr-00140-BLW   Document 3-2   Filed 08/17/22   Page 1 of 3

Query  Reports  Utilities  Help  What's New  Log Out

# U.S. District Court
# District of Montana (Billings)
# CRIMINAL DOCKET FOR CASE #: 1:22-mj-00114-TJC All Defendants

Case title: USA v. Hamburg

Date Filed: 08/16/2022

Date Terminated: 08/17/2022

Assigned to: Magistrate Judge Timothy J. Cavan

### Defendant (1)

**Chris Hamburg**  
*TERMINATED: 08/17/2022*

represented by **Gillian E. Gosch**  
FEDERAL DEFENDERS OF MONTANA - BILLINGS  
2702 Montana Avenue, Suite 101  
Billings, MT 59101-2372  
406-259-2459  
Email: gillian_gosch@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:2423.F TRANSPORTATION OF A MINOR

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Colin M. Rubich**<br>U.S. ATTORNEY'S OFFICE - BILLINGS<br>2601 2nd Avenue North, Ste 3200<br>Billings, MT 59101<br>406-247-4684<br>Fax: 406-657-6989<br>Email: colin.rubich@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2022 | | Arrest (Rule 5) of Chris Hamburg (JLE) (Entered: 08/16/2022) |
| 08/16/2022 | 1 | Rule 5 Documents Received for Defendant From the District of Idaho Arrested in Montana as to Chris Hamburg (JLE) (Entered: 08/16/2022) |
| 08/16/2022 | | Set Hearing as to Chris Hamburg. Initial Appearance - Rule 5 set for 8/17/2022 at 09:00 AM in Billings, MT before Magistrate Judge Timothy J. Cavan. (JLE) (Entered: 08/16/2022) |
| 08/17/2022 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Timothy J. Cavan: Initial Appearance in Rule 5(c)(3) Proceedings as to Chris Hamburg held on 8/17/2022. Defendant is present, in custody, and appearing on a warrant out of the District of Idaho with FD Gillian Gosch; AUSA Thomas Godfrey appearing for the government. Deft acknowledges his true name and that he is the individual named in the arrest warrant; is advised of his rights; FD Gillian Gosch is appointed for this proceedings only. Deft has reviewed the Indictment filed in the originating District. Deft waives an identity hearing. The USA moves for detention. Deft consents to detention and reserves his right to a detention hearing. Deft is ordered detained and is remanded to the custody of the USMS for transport to the District of Idaho. Hearing commenced at 9:04 AM and concluded at 9:08 AM (Court Reporter FTR Gold) (USPO: McKenna Arledge), (Hearing held in Billings-Big Horn Courtroom) (JLE) (Entered: 08/17/2022) |
| 08/17/2022 | 3 | CJA 23 Financial Affidavit by Chris Hamburg (JLE) (Entered: 08/17/2022) |
| 08/17/2022 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Chris Hamburg, Gillian E. Gosch for Chris Hamburg appointed. Reimbursement information: Defendant is not required to reimburse the Court. Signed by Magistrate Judge Timothy J. Cavan on 8/17/2022. (JLE) (Entered: 08/17/2022) |
| 08/17/2022 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Chris Hamburg. Defendant committed to District of Idaho. Notice to other district: Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text only entries via the case number link. If you require a financial ledger please e-mail MTD_Restitution@mtd.uscourts.gov. If you require certified copies of any documents or need to request restricted documents, please send a request to InterDistrictTransfer_MTD@mtd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (Sent by ad hoc NEF to the District of |

|  |  | Idaho at InterdistrictTransfer_IDD@id.uscourts.gov). Signed by Magistrate Judge Timothy J. Cavan on 8/17/2022. (JLE) (Entered: 08/17/2022) |
|---|---|---|