# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| CHRIS HAMBURG | 1:22-cr-140-BLW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CHRIS HAMBURG** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 2423(a) TRANSPORTATION OF A MINOR



United States Courts
District of Idaho
**ISSUED**
Kelly Montgomery
on Jul 14, 2022 12:30 pm

Kelly Montgomery, Deputy ClerkJuly 14, 2022

Name and Title of Issuing OfficerDate

---

**RETURN**

---

This warrant was received 08/16/22 and executed with the arrest of the above-name individual at Bourbon Street Hotel, Billings, Yellowstone County Montana

_[signature]_08/16/22
Signature of Arresting OfficerDate of Arrest

Toman L. Baukema, FBI TFO
Name & Title of Arresting Officer