# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Video Arraignment
☒Initial Appearance
☒Government's Motion for Detention CONTINUED
☒Detention Hearing set for August 30, 2022 at Noon in Boise, Idaho – Courtroom 7

MAGISTRATE JUDGE: Raymond E. Patricco, Jr.   DATE: August 24, 2022
DEPUTY CLERK/ESR: Jackie Hildebrand            TIME: 2:30 – 2:50 p.m. via Zoom
                                               Boise, ID

<u>UNITED STATES OF AMERICA vs. CHRIS HAMBURG</u>
1:22-cr-00140-BLW-1

Counsel for:    United States (AUSA): Kassandra McGrady
                Defendant: John Cacheris, Federal Defender
                USPO: Gavin Zickefoose

☒Defendant waives personal appearance.
☒Defendant appears on a warrant/Indictment. Defendant has read the indictment
☒Court reviewed the record.
☒The maximum penalties that could be imposed on this offense should you be convicted are:
   Mandatory minimum of 10 years and up to life of imprisonment;
   to be followed by 5 years of supervised release;
   a $ 250,000 fine; and
   a special assessment of $ 100
☒Constitutional Rights to Jury Trial and Counsel advised.
☒Notice given re *Brady v Maryland* to defendant and counsel.
☒Financial Affidavit reviewed/qualified and Court appointed the Federal Defender to represent the defendant.

☒Indictment       ☐Information       ☐Complaint
                  ☐Copy furnished to defendant/understand the charges and maximum penalties
                  ☐Read by Clerk      ☒Waived reading      ☐Read by Interpreter

PLEA: **NOT GUILTY** entered by the defendant and denial of the forfeiture allegations

☒Counsel made elections to the Procedural Order.  Search warrants were issued, and no objection to their disclosure.

The Jury Trial is set for Monday, October 31, 2022 at 1:30 p.m. in Boise, Idaho before District Judge B. Lynn Winmill.  A telephonic pre-trial readiness conference is set for Thursday, October

20, 2022 at 4:00 p.m. before Judge Winmill. Counsel for the Government is directed to initiate the call.

☒Defendant requested a continuance on the Detention Hearing. The Court entered a Temporary Order of Detention. The Detention Hearing set for Tuesday, August 30, 2022 at 12 p.m. (Mountain Time) before Chief U.S. Magistrate Judge Raymond E. Patricco in Courtroom 7.

☒Defendant remanded to the custody of the U.S. Marshal.