# UNITED STATES DISTRICT COURT

District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRIS HAMBURG,<br><br>Defendant. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>Case No. 1:22-cr-00140-BLW-1 |

It is ORDERED that a detention hearing is set for Tuesday, August 30, 2022 at 12:00 pm in Courtroom 7 before Chief U.S. Magistrate Judge Raymond E. Patricco.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATED: August 24, 2022

*Raymond Patricco*
Raymond E. Patricco
Chief U.S. Magistrate Judge