UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS HAMBURG,<br><br>Defendant. | Case No. 1:22-cr-00140-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Defendant Chris Hamburg's Motion Requesting Redacted Duplications. *See* Dkt. 102. Hamburg requests "redacted duplications of certain sealed documents" in this case, including, among many others, witness lists and his competency evaluation. *Id.* at 1. He states only that the requested documents will be used in a "continued litigation attempt" and kept for his records. *Id.* He does not identify any litigation, such as any pending or contemplated post-conviction claim. Nor does he explain why any particular document he is requesting is necessary to his "continued litigation attempt."

The Court will deny this motion. Hamburg's stated desire to pursue unspecified litigation does not establish an entitlement to court records for that purpose. *See generally United States v. Connors*, 904 F.2d 535, 536 (9th Cir.

1990). Moreover, the Court will not undertake a review of the listed, sealed documents and create the redacted versions Hamburg is seeking based upon this generalized request. Accordingly,

**IT IS ORDERED that** Defendant's Motion Requesting Redacted Duplications (Dkt. 102) is **DENIED WITHOUT PREJUDICE**.

DATED: October 14, 2026

B. Lynn Winmill
U.S. District Court Judge